IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN REGARD TO THE ARBITRATION )
BETWEEN )
)
SHEILA SHARP, Claimant, )
)
and ) CASE NO. MC-07-0018-KD-M
)
RIVER BIRCH HOMES, INC., )
)
    Respondent. )

# ORDER

This matter is before the court on the respondent's petition for order confirming arbitration award (doc. 1) and claimant's counter-motion to vacate arbitration award and to stay proceedings. (doc. 2). Upon review of the pleadings, it appears to the court that neither party submitted a jurisdictional allegation but for a statement that this court may confirm the arbitrator's award in accordance with the Federal Arbitration Act, 9 U.S.C. § 9.

In Loral Corp. v. Swiftships, Inc., 77 F.3d 420 (11th Cir., 1996) cert. denied, 519 U.S. 966, 177 S. Ct. 390 (1996), the Court explained that

> [s]ubject matter jurisdiction for cases filed pursuant to § 9 of the Act must be based upon either diversity of citizenship or the existence of a federal question and is not dependent upon the location in which the arbitration award was made. Section 9 defines the appropriate venue for confirming an arbitration agreement and grants personal jurisdiction over the parties to the agreement; it does not limit subject matter jurisdiction.

Id. at 422; see also Baltin v. Alaron Trading Corporation, 128 F. 3d 1466, 1469-1470 (11th Cir. 1997) (holding that "even though several sections of the FAA authorize particular actions by the United States district court, see 9 U.S.C. §§ 7, 9-11, 'courts have not construed these references

to the United States district court as intending to confer federal court jurisdiction, but rather as specifying the powers possessed by the court in a case that is properly before it.'").

Accordingly, on or before **Monday, September 24, 2007,** River Birch Homes, Inc., is **ORDERED** to amend its petition for order confirming arbitration award to plead such facts as will sufficiently allege jurisdiction in this court as a prerequisite to any further action on the petition or the counter-motion of Sharp to vacate arbitration award and to stay proceedings.

**DONE** and **ORDERED** this the 18th day of September, 2007.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**