IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN REGARD TO THE ARBITRATION BETWEEN ) ) ) SHEILA SHARP, Claimant, ) ) and ) ) RIVER BIRCH HOMES, INC., ) ) Respondent. ) | CASE NO. MC-07-0018-KD-M |

## ORDER

This matter is before the court on the respondent's petition for order confirming arbitration award (doc. 1) and claimant's counter-motion to vacate arbitration award and to stay proceedings. (doc. 2). Having satisfied the court's jurisdictional inquiry, (see doc. 4) respondent River Birch Homes, Inc., is **ORDERED** to answer claimant Sheila Sharp's counter-motion to vacate arbitration award and to stay proceedings, on or before **October 9, 2007.**

**DONE** and **ORDERED** this the 26th day of September, 2007.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE